No. 236, Misc.   LANG v. HEINZE, WARDEN;
No. 519, Misc.   MITCHELL v. LOONEY, WARDEN;
No. 526, Misc.   HOPWOOD v. BROWNELL, ATTORNEY GENERAL, ET AL.;
No. 531, Misc.   SYKES v. TEETS, WARDEN;
No. 538, Misc.   FORSYTHE v. NEW JERSEY;
No. 563, Misc.   POTTER v. EIDSON, WARDEN;
No. 568, Misc.   DAVIS v. CLEMMER, DIRECTOR, DEPARTMENT OF CORRECTIONS, DISTRICT OF COLUMBIA; and
No. 579, Misc.   LAROSE v. CLEMMER, DIRECTOR, DEPARTMENT OF CORRECTIONS, DISTRICT OF COLUMBIA. Motions for leave to file petitions for writs of habeas corpus denied. Petitioners *pro se*. *Edmund G. Brown*, Attorney General of California, and *Doris H. Maier*, Deputy Attorney General, for respondent in No. 236, Misc.

No. 493, Misc.   SULLIVAN v. HEINZE, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus and motions for *subpoena duces tecum* and to appoint a referee denied.

No. 560, Misc.   BOLESTA v. UNITED STATES. Application denied.

No. 716.   FALCONE ET AL. v. BARNES, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari granted. *Anthony S. Falcone* for petitioners. *Solicitor General Sobeloff* for respondent.

No. 528.   HEIKKILA v. BARBER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Lloyd E. McMurray* for peti-

tioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 674. OSBRINK ET AL., DOING BUSINESS AS R. H. OSBRINK MANUFACTURING Co., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Homer D. Crotty* for petitioners. *Solicitor General Sobeloff, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 675. HANRATTY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jewell D. Lemons* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 678. JARRICO *v.* RKO RADIO PICTURES, INC. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Samuel Rosenwein* for petitioner. *Peery Price* for respondent.

No. 684. HARRIMAN ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Louis Bender* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 685. ILLINOIS EX REL. GOLDSTEIN ET AL. *v.* BABB, SHERIFF. Supreme Court of Illinois. Certiorari denied. *Henry H. Koven* for petitioners. *Latham Castle*, Attorney General of Illinois, *John L. Davidson, Jr.*, First Assistant Attorney General, and *Fred G. Leach* and *William C. Wines*, Assistant Attorneys General, for respondent.